UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-22691-CIV-COOKE/BANDSTRA

ACCESS FOR THE DISABLED, INC., *et al.*

 *Plaintiffs*,

v.

MACY'S FLORIDA STORES, LLC,

 *Defendant*.
_____/

## ORDER OF DISMISSAL

This matter is before me on Plaintiff's Notice of Voluntary Dismissal [D.E. 6], filed on September 25, 2009. Having reviewed the Notice and being otherwise fully advised in the premises, I hereby

 **ORDER AND ADJUDGE** as follows:

 1. This case is dismissed without prejudice.

 2. The Clerk shall close this case.

 3. All pending motions are denied as moot.

 **DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September 2009.

         /s/ Marcia G. Cooke
         MARCIA G. COOKE
         United States District Judge

Copies furnished to:
*Honorable Ted E. Bandstra*
*All counsel of record*